UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ROBERT LORSCH,** | ) |
| Plaintiff, | ) Case No. CV 14-2202 AJW |
| v. | ) |
| | ) J U D G M E N T |
| **UNITED STATES OF AMERICA, et al.,** | ) |
| Defendants. | ) |

**IT IS ADJUDGED** that this action is dismissed for lack of subject matter jurisdiction.

October 29, 2015

_____
Andrew J. Wistrich
United States Magistrate Judge